UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Jeremy Jones, | Case No. 20-cv-2168 (WMW/HB) |
| Plaintiff, | |
| v. | **ORDER ADOPTING REPORT AND RECOMMENDATION** |
| Nicole Fedo and Heather Kensey, | |
| Defendants. | |

---

Before the Court is the December 31, 2021 Report and Recommendation (R&R) of United States Magistrate Judge Hildy Bowbeer. (Dkt. 59.) No objections to the R&R have been filed. In the absence of timely objections, this Court reviews an R&R for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Having reviewed the R&R, the Court finds no clear error. Based on the R&R and all the files, records and proceedings herein, **IT IS HEREBY ORDERED**:

1. The December 31, 2022 R&R, (Dkt. 59), is **ADOPTED**.

2. Defendants' motion to dismiss, (Dkt. 25), is **GRANTED**.

3. Plaintiff Jeremy Jones's motion to add claims, (Dkt. 37), is **DENIED**.

4. This matter is **DISMISSED WITH PREJUDICE**.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: March 7, 2022

s/Wilhelmina M. Wright
Wilhelmina M. Wright
United States District Judge